1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   IGNACIO CHAVEZ HARO
7

8                      UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No.  Cr. S 02-506 GEB

12              Plaintiff,             **STIPULATED MOTION AND [lodged] ORDER
                                       TO REDUCE SENTENCE PURSUANT TO 18
13      v.                             U.S.C. § 3582(c)(2)**

14  IGNACIO CHAVEZ HARO,               RETROACTIVE DRUGS-MINUS-TWO
                                       REDUCTION CASE
15              Defendant.
                                       Judge:  Honorable GARLAND E. BURRELL, Jr.
16

17          Defendant, IGNACIO CHAVEZ HARO by and through his attorney, Assistant Federal

18  Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its

19  counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20          1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21  imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22  based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23  pursuant to 28 U.S.C. § 994(o);

24          2.      On October 17, 2003, this Court sentenced Mr. Haro to a term of 175 months

25  imprisonment;

26          3.      His total offense level was 33, his criminal history category was III, and the

27  resulting guideline range was 168 to 210 months;

28

4.      The sentencing range applicable to Mr. Haro was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Haro's total offense level has been reduced from 33 to 31, and his amended guideline range is 135 to 168 months; and,

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Haro's term of imprisonment to a total term of 142 months.

Respectfully submitted,

Dated:  December 22, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   December 22, 2014

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
IGNACIO CHAVEZ HARO

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Haro is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 135 to 168 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2003 is reduced to a term of 142 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1        Unless otherwise ordered, Mr. Haro shall report to the United States Probation Office

2    within seventy-two hours after his release.

3    Dated:  December 23, 2014

4

5

6    _____

7    GARLAND E. BURRELL, JR.
     Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28